THE STATE OF OHIO, APPELLEE, *v.* GREEN, APPELLANT.

[Cite as *State v. Green* (1996), 74 Ohio St.3d 275.]

(No. 95–1451—Submitted November 7, 1995—Decided January 10, 1996.)

*Mathias H. Heck,* Montgomery County Prosecuting Attorney, and *Carley J. Ingram,* Assistant Prosecuting Attorney, for appellee.

*Grady G. Green II, pro se.*

*Per Curiam.* We affirm the decision of the court of appeals for the reasons stated in its opinion.

*Judgment affirmed.*

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.